**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 69 EAL 2023

           Respondent          :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

           v.                     :

                              :

KHALIYFA NEELY,                :

                              :

           Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.